IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERNAN A. BADILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:02-CV-1021-D |
| VS. | § | |
| | § | |
| BOMBARDIER AEROSPACE CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this date came the parties Joint Motion for Dismissal with Prejudice, and the Court being advised of the premises is of the opinion that this matter should be dismissed; it is therefore

ORDERED that the above captioned matter is dismissed, with prejudice, with costs assessed against the parties incurring same.

IT IS SO ORDERED.

DATED: September 29, 2004.

UNITED STATES DISTRICT JUDGE

**ORDER** – Page Solo
3703167v1 107465/00034